682

STEAD MOTORS OF WALNUT CREEK, Plaintiff–Appellee,

v.

AUTOMOTIVE MACHINISTS LODGE NO. 1173, INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, Defendant–Appellant.

No. 87–2053.

United States Court of Appeals, Ninth Circuit.

Sept. 28, 1988.

Before GOODWIN, Chief Judge, BROWNING, WALLACE, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, LEAVY and TROTT, Circuit Judges.

### ORDER

Upon the vote of a majority of the nonrecused active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.

UNITED STATES of America, Plaintiff–Appellee,

v.

Robert SMITH, Defendant–Appellant.

No. 87–1789.

United States Court of Appeals, Tenth Circuit.

Sept. 8, 1988.

